# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS JOE ESPINOSA,<br>        Petitioner,<br>v.<br>CHIEF G. MARSHALL,<br>        Respondent. | Case No. 2:19-cv-02468-SK<br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed and that this action is dismissed with prejudice.[1]

DATED: December 12, 2019

STEVE KIM
U.S. MAGISTRATE JUDGE

---

[1] Both parties consented to proceed before the undersigned for all proceedings, including entry of judgment. (ECF 2, 14, 15). *See* 28 U.S.C. § 636(c)(1).